452 A.2d 68

Commonwealth v. Wright, Appellant.

Submitted December 5, 1980. George Gershenfeld, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and WIEAND, JJ.

Judgment of sentence of the lower court is affirmed.